1
2
3
4
5
6
7
8    **UNITED STATES DISTRICT COURT**
9    **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| G3 ENTERPRISES, INC., | ) Case No.: 1:22-cv-1551 JLT EPG |
| Plaintiff, | ) ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING |
| v. | ) MOTION FOR DEFAULT JUDGMENT WITHOUT PREJUDICE |
| FORTRESS NUTRITION, LLC, | ) (Doc. 18) |
| Defendant. | ) |

G3 Enterprises, Inc. seeks default judgment against Defendant in this civil action. (Doc. 11.) On March 9, 2023, the magistrate judge issued Findings and Recommendations, recommending the motion for default judgment be denied without prejudice because Plaintiff failed to explain how service was achieved, failed to address the relevant factors regarding an entry of default judgment, and failed to justify an award of attorney fees and interest. (Doc. 18.)

The Court granted Plaintiff 14 days to file objections and advised that "failure to file objections within the specified time may result in the waiver of rights on appeal." (Doc. 18 at 7, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014), *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) Plaintiff has not filed objections, and the time to do so has expired.

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Accordingly, the Court **ORDERS**:

1

1.   The Findings and Recommendations issued on March 9, 2023 (Doc. 18), are **ADOPTED** in full.

2.   Plaintiff's motion for default judgment (Doc. 18) is **DENIED** without prejudice.

3.   This action is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **March 31, 2023**

UNITED STATES DISTRICT JUDGE