1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8               EASTERN DISTRICT OF CALIFORNIA

9

10   G3 ENTERPRISES, INC.,                    Case No.   1:22-cv-01551-JLT-EPG

11              Plaintiff,

12        v.                                  ORDER RE: NOTICE OF VOLUNTARY
                                              DISMISSAL WITH PREJUDICE
13   FORTRESS NUTRITION, LLC,
                                              (ECF No. 26)
14              Defendant.

15

16        On September 15, 2023, Plaintiff filed a notice of voluntary dismissal, stating, "[t]his

17   action is dismissed by the Plaintiff(s) in its entirety with prejudice." (ECF No. 26).

18        Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), "a plaintiff may dismiss an action

19   without a court order by filing a notice of dismissal before the opposing party serves either an

20   answer or a motion for summary judgment." Here, Defendant has not served an answer or motion

21   for summary judgment.

22        Accordingly, in light of the voluntary dismissal, this action has been terminated, Fed. R.

23   Civ. P. 41(a)(1)(A)(i), and has been dismissed with prejudice. *See Wilson v. City of San Jose*, 111

24   F.3d 688, 692 (9th Cir. 1997). The Clerk of Court is respectfully directed to close the case.
     IT IS SO ORDERED.

25

26   Dated:   __September 18, 2023__          ___/s/ Erica P. Grosjean___
                                             UNITED STATES MAGISTRATE JUDGE
27

28

                                              1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28